IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-02392-WJM-MJW

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

    Plaintiff,

v.

AMEE LYN SECHRIST,

    Defendant and Third Party Plaintiff,

v.

CITIMORTGAGE, INC., and ALL UNKNOWN PERSONS WHO CLAIM ANY INTEREST IN THE SUBJECT OF THIS ACTION,

    Third Party Defendants

---

### ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED RESPONSE BRIEFS TO COMPLY WITH THE PAGE LIMITATIONS OF THE COURT'S PRACTICE STANDARDS ( Docket No. 25 )

---

    **THE COURT**, having reviewed Defendant Sechrist's motion for leave to file amended response briefs to comply with the page limitations of the court's practice standard, and the Court being fully apprised of the issues,

    **HEREBY**, grants Defendant Sechrist's motion for leave to file amended response briefs to comply with the page limitations of the court's practice standard.

October 20, 2011
Date

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO