IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02392-WJM-MJW

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

Plaintiff(s)/ Counter Defendant(s),

v.

AMEE LYN SECHRIST,

Defendant(s)/Third Party Plaintiff(s)/Counter Claimant(s),

v.

CITIMORTGAGE, INC.

Third Party Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Defendant Sechrist's Unopposed Motion to Vacate Requirement of Preparing a Scheduling Order at Scheduling/Planning Conference, Docket Number 37, filed with the Court on November 14, 2011, is GRANTED.

Date:  November 16, 2011