**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 11-cv-02392-WJM-MJW

FEDERAL NATIONAL MORTGAGE ASSOCIATION

    Plaintiff,

v.

AMEE LYN SECHRIST,

    Defendant and Third-Party Plaintiff,

v.

CITIMORTGAGE, INC., and all unknown persons who claim any interest in the subject of this action,

    Third-Party Defendants.

---

## ORDER GRANTING STIPULATED MOTION TO DISMISS

---

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss filed February 20, 2013 (ECF No. 54). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED. Third-Party Defendant, Citimortgage is hereby DISMISSED WITH PREJUDICE. Each party shall pay its or her own attorney's fees and costs.

Dated this 22nd day of February, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge